IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOHN WAYNE CRISP, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. G-05-488 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, | § |
| Defendant. | § |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, all claims brought by Plaintiff against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 25th day of May, 2006, at Galveston, Texas.

Samuel B. Kent
United States District Judge